**NOT FOR PUBLICATION**

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| YUE YU, | CIVIL ACTION NO. 09-2641 (MLC) |
|     Plaintiff, | **O R D E R** |
| v. |  |
| SANOFI-AVENTIS U.S. LLC, |  |
|     Defendant. |  |

**IT APPEARS** that this action, which was commenced on May 29, 2009, will be pending for 120 days without plaintiff having served defendant on September 28, 2009.  As a result, the Court, <u>inter</u> <u>alia</u>, "on motion or on its own after notice to the plaintiff — <u>must</u> dismiss the action without prejudice." Fed.R.Civ.P. 4(m) (emphasis added).  The Court thus is notifying plaintiff that the Complaint will be dismissed on October 2, 2009, unless plaintiff establishes that service has been effected.  <u>See</u> <u>Sykes v. Blockbuster Video</u>, 205 Fed.Appx. 961, 963-64 (3d Cir. 2006); <u>Liu v. Oriental Buffet</u>, 134 Fed.Appx. 544, 546 (3d Cir. 2005).  For good cause appearing:

**IT IS THEREFORE** on this     18th     day of September, 2009, **ORDERED** that **THE COMPLAINT WILL BE DISMISSED ON OCTOBER 2, 2009,** unless the plaintiff establishes that service has been effected; and

**IT IS FURTHER ORDERED** that the only acceptable response will be a response that is electronically filed by the plaintiff with the Court **BY 5 P.M. ON OCTOBER 1, 2009;** and

**IT IS FURTHER ORDERED** that if the plaintiff fails to respond to this Order, then the plaintiff will be deemed to be in support of dismissal.

                                                      s/ Mary L. Cooper  
                                                  **MARY L. COOPER**  
                                                  United States District Judge